**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**UNITED STATES OF AMERICA,** :
: **Criminal Case No.**
v. : **7:11-cr-21 (HL)**
:
**LARRY WAYNE STRICKLAND** :
:
_____

## ORDER

On August 26, 2011, pursuant to 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 2253(b) and Federal Rule of Criminal Procedure 32.2(b), this Court entered a Preliminary Order of Forfeiture against Defendant Larry Wayne Strickland. Pending now before the Court is the United States' Motion for Final Order of Forfeiture.

The following property is at issue in this forfeiture action:

a. Any visual depictions of minors engaged in sexually explicit conduct, including but not limited to those visual depictions referred to in Count One of the indictment against Strickland; and

b. One Dell Inspiron laptop computer bearing Dell LBL P/N: UT153A01.

The Court finds that the United States has furnished due and legal notice of these proceedings as required by law by causing publication of notice of forfeiture and the intent of the United States to dispose of the property in accordance with the law. The notice of forfeiture provided that any persons or entities having or claiming a legal right, title, or interest in the property must

petition this Court for a hearing to adjudicate the validity of his or her alleged interest within thirty days of receipt of the notice, or within sixty days from the first day of publication on the official internet government forfeiture website, whichever is earlier. No persons or entities came forward to petition the forfeiture action, and the time for bringing a petition has expired. Therefore, the Court orders that the Preliminary Order of Forfeiture be deemed final and binding. All right, title, and interest in the property described above is hereby forfeited to and vested in the United States, to be disposed of in accordance with the law.

      **SO ORDERED,** this 16th day of December, 2011.

                                          ***s/Hugh Lawson***
                                          HUGH LAWSON, SENIOR JUDGE

ebr